But for one exception, I concur in the main opinion. The exception is that I respectfully disagree with the main opinion in its rationale that the plaintiff Partnerships did not sufficiently preserve their objection to the refusal of the trial court to supplement its jury instructions by further instructing the jury that the plaintiffs' two theories were in the alternative to each other. The colloquy quoted in the main opinion shows not only that the plaintiffs precisely identified their objection but also that the trial court understood the objection and even made an express adverse ruling. In my opinion, the reason the trial court did not err in refusing the supplemental instruction is that the posture of the case, including the stage of the proceedings, the content of the entirety of the instructions already given, and the content of the request of the jury for further instructions, did not require the further instruction requested by the plaintiffs.